JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES—GENERAL

| Case No. | CV 24-2756-DMG (MARx) | Date | July 10, 2024 |
|---|---|---|---|
| Title | Lisa Roth v. The Perch Project, LLC, et al. | Page | 1 of 1 |

Present: The Honorable **DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE**

| KELLY DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER RE PLAINTIFF'S DISMISSAL OF FEDERAL CLAIM [29]**

On July 3, 2024, the parties filed a Joint Stipulation to remand this action to state court. [Doc. # 27.] In response to the Joint Stipulation, the Court reminded the parties that this action was filed in federal court in the first instance and thus could not be "remanded" to state court. [Doc. # 28.] The Court also ordered the parties to provide written clarification as to whether Plaintiff intended to pursue her federal cause of action under the Fair Housing Act ("FHA"), 42 U.S.C. section 2601 *et seq*. *Id.* On July 9, 2024, Plaintiff informed the Court that she wished to dismiss her FHA claim. [Doc. # 29.]

In light of the foregoing, the Court **DISMISSES** Plaintiff's FHA claim without prejudice and declines to exercise supplemental jurisdiction over the remaining state law claims. *See* 28 U.S.C. § 1367(c) ("The district courts may decline to exercise supplemental jurisdiction over a claim . . . if . . . the district court has dismissed all claims over which it has original jurisdiction . . . ."). This action is therefore **DISMISSED** in its entirety, **without prejudice** to Plaintiff's ability to refile the claims in state court.

**IT IS SO ORDERED.**